

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| 193 Doris Trust, Andrew Hudson, and Erin Hudson, Appellants<br><br>No. 06-23-00080-CV v.<br><br>Aaron Hansen, Juanita Hansen, William B. Patterson, IV, Ben Purcell, Candace Poole, John Carson, Liz Carson, Terry Hainlen, Thomas L. Terrell, and Pamela A. Terrell, Appellees | Appeal from the County Court at Law of Kerr County, Texas (Tr. Ct. No. 20684C). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens. |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's Summary Judgment Order in part, dissolve the language prohibiting the Appellants from using or advertising the Property for special events or other non-residential uses, and remand the case for the trial court to reconsider that paragraph and to redraft it in accordance with *Tarr* and *JBrice Holdings*. In all other respects, we affirm the Reinstatement Order.

We further order that the appellants and appellees shall each pay one-half of all costs incurred by reason of this appeal.

RENDERED MARCH 25, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk